[No. 38953-3-II.   Division Two.   March 2, 2010.]

*In the Matter of the Marriage of* ERIN HAMRICK, *Appellant*, and BENJAMIN COLLIER, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-3-00651-1, Stephen M. Warning, J., entered January 23, 2009. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 39163-5-II.   Division Two.   March 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES STEVEN McPHERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-1-00287-7, Richard D. Hicks, J., entered March 13, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[Nos. 27610-4-III; 28214-7-III.   Division Three.   March 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM C. SHAW, *Appellant*.

*In the Matter of the Personal Restraint of* WILLIAM C. SHAW, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02493-1, Jerome J. Leveque, J., entered October 28, 2008, together with a petition for relief from personal restraint. Judgment *reversed* and *remanded* and petition *dismissed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.